ALFRED MARKS REALTY CO. v. GEORGE RECTOR, Inc.

(Supreme Court, Appellate Division, Second Department. December 10, 1915.)

Appeal from Appellate Term, Second Department.
Action by the Alfred Marks Realty Company against George Rector, Incorporated. From a judgment for defendant, plaintiff appeals. Affirmed.
Argued before JENKS, P. J., and CARR, MILLS, RICH, and PUTNAM, JJ.

PER CURIAM. Order of the Appellate Term (152 N. Y. Supp. 1151) affirmed, with costs, on authority of Alfred Marks Realty Co. v. Hotel Hermitage Co., 156 N. Y. Supp. 179, decided herewith.